

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00437-CR

## IN RE ORVILLE STAGG

## Original Proceeding

## From the 249th District Court
## Johnson County, Texas
## Trial Court No. DC-F201800801

## MEMORANDUM OPINION

Orville Stagg's petition for writ of mandamus, filed on December 29, 2022, is denied. Stagg's motion for leave to file the petition for writ of mandamus, also filed on December 29, 2022, is dismissed as moot.[1]

TOM GRAY
Chief Justice



Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Petition denied; motion dismissed as moot
Opinion delivered and filed January 11, 2023
Do not publish
[OT06]

---

[1] *See* TEX. R. APP. P. 52, Notes and Comments ("The requirement of a motion for leave in original proceedings [in the court of appeals] is repealed.").